FILED

2004 MAR 24  P 1:59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL<br>**Plaintiffs** | : CIVIL ACTION NO.: 3:03CV893JDS |
| VS. | |
| ANTHONY PISKURA, ET AL<br>**Defendants** | : MARCH 23, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs, Country Amusements, Inc., Peter Piskura and Marie Piskura, pursuant to L. Rule Civ. Proc. 16(b) move for an extension of time of the discovery schedule. This is the Plaintiffs first motion for an extension of time with respect to the discovery schedule.

This motion is necessary for the following reasons. First, a partner in the undersigned's firm, who was to help conduct the discovery in the above-captioned matter, withdrew as a partner to said firm on or at the end of December, 2003. Second, despite the undersigned's best efforts and due diligence to comply with the scheduling order, it could not reasonably meet the scheduling order's deadlines because of an increased workload. Lastly, said partner's departure from the firm was not foreseeable at the time that the scheduling order was put into place.

In addition, the parties have been discussing a mediation in an attempt to resolve the issues in this case. The mediation is scheduled before the Honorable N. Cioffi on March 26, 2004.

Plaintiffs respectfully request to extend the December 31, 2003, date to complete depositions of fact witnesses until June 30, 2004.

The Plaintiffs respectfully request to extend the March 31, 2004, date to complete discovery until June 30, 2004.

Counsel for the Defendants does not object to the granting of this Motion.

THE PLAINTIFFS

BY: _____
ROBERT C. MIRTO (ct00188)
Mirto, Ketaineck & Dicrosta, P.C.
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone #(203)932-2225

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed postage pre-paid to Michael K. Stanton, Jr., Esq. and Stephen P. Fogarty, Esq. both of Halloran & Sage, LLC, 315 Post Road West, Westport, Connecticut 06880 and Hon. Dominic J. Squatrito, U.S. District Court, 450 Main Street, Hartford, Connecticut 06103 on this 23rd day of March, 2004.

BY: _____
ROBERT C. MIRTO