UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COUNTRY AMUSEMENTS, INC.,
ET AL                                         :
    Plaintiffs

v.                                            : CIVIL NO.: 3:03cv893(DJS)

ANTHONY PISKURA, ET AL                        :
    Defendants

### ORDER

The Motion for Extension of Time (Doc. #24) to extend the discovery deadline is hereby **GRANTED in part.** All discovery, including expert depositions and expert reports shall be completed by **June 25, 2004.** Dispositive motions shall be filed by **July 26, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **August 26, 2004**. This case shall be trial ready **September, 2004.**

All further extensions shall be made in a timely fashion or they shall be denied.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this     25th     day of March, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge