

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL<br>Plaintiffs | : CIVIL ACTION NO.: 3:03CV893JDS |
| VS. | |
| ANTHONY PISKURA, ET AL<br>Defendants | : JULY 12, 2004 |

### MOTION FOR EXTENSION OF DEADLINES

The Plaintiffs, Country Amusements, Inc., Peter Piskura and Marie Piskura, hereby request that this Court set new deadlines regarding Motions, Discovery and other matters pertaining to this case for the following reasons:

1. This Court previously established deadlines with regard to this matter.

2. At the time of the order, the parties were actively attempting to settle this matter and are still in the process of doing so.

3. There is an extensive amount of discovery by way of documentation in this matter and the Defendants have been attempting to provide that documentation to the Plaintiffs voluntarily.

4. Once said documentation is complete, the Defendants will be deposed and the Plaintiffs will have completed its discovery in this matter.

5. The parties are relatively certain that this matter can be disposed of between them and are attempting to do so.

WHEREFORE, the Plaintiffs request that the Court establish new deadlines as of the date of the filing of this motion and the parties estimate that it will take another eight months in order to complete discovery, depositions and motions.

THE PLAINTIFFS

BY: _____
ROBERT C. MIRTO (ct00188)
Mirto, Ketaineck & Dicrosta, P.C.
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone #(203)932-2225

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL<br>Plaintiffs | : CIVIL ACTION NO.: 3:03CV893JDS |
| VS. | : HON. DOMINIC SQUATRITO, JUDGE |
| ANTHONY PISKURA, ET AL<br>Defendants | : JULY 12, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following document:

    Motion for Extension of Deadlines

This document has not been filed electronically because:

[ X ]  the document cannot be converted to an electronic format
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

ROBERT C. MIRTO, #ct 00188
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone No.: (203)932-2225
Fax no.: (203)-934-4834
E-mail: bob@mkbd.com