UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COUNTRY AMUSEMENTS, INC.,
ET AL                                               :
    Plaintiffs

v.                                                         :   CIVIL NO.: 3:03cv893(DJS)

ANTHONY PISKURA, ET AL          :
    Defendants

### ORDER

The Motion for Extension of Deadlines (Doc. #26) is hereby **GRANTED in part.** All discovery, including expert depositions and expert reports shall be completed by **September 10, 2004.** Dispositive motions shall be filed by **September 27, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **October 15, 2004**. This case shall be trial ready **November, 2004. No further extensions shall be granted.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___16th___ day of July, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge