FILED

2004 OCT 20 A 10: 44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL<br>Plaintiffs | : CIVIL ACTION NO.: 3:03CV893JDS |
| VS. | |
| ANTHONY PISKURA, ET AL<br>Defendants | : OCTOBER 19, 2004 |

## MOTION FOR EXTENSION OF DEADLINES

The Plaintiffs in the above-captioned matter, hereby move for an order from this Court extending the deadline for filing a Joint Trial Memorandum to November 20, 2004 and, in support thereof, aver as follows:

1. The original deadline for filing a Joint Trial Memorandum was October 15, 2004.

2. The undersigned has had an extremely heavy case load in recent months occurring as a result of the loss of one trial attorney in the Plaintiffs' counsel's office.

3. The parties have been working on discovery and exchange of documents and, in fact, had a recent settlement conference. It is hoped and expected that this case will be disposed of short of trial.

4. The extension is necessary so that the parties may properly prepare their Joint Trial Memorandum.

5. Counsel for the Defendants has no objection to the granting of this Motion.

WHEREFORE, the Plaintiffs request an extension as set forth above.

                                                THE PLAINTIFFS

BY: _____
     ROBERT C. MIRTO (ct00188)
     Mirto, Ketaineck & Dicrosta, P.C.
     140 Captain Thomas Boulevard
     P.O. Box 428
     West Haven, CT 06516
     Telephone #(203)932-2225

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed postage pre-paid to Michael K. Stanton, Jr., Esq. and Stephen P. Fogerty, Esq. both of Halloran & Sage, LLC, 315 Post Road West, Westport, Connecticut 06880 and Hon. Dominic J. Squatrito, U.S. District Court, 450 Main Street, Hartford, Connecticut 06103 on this 19th day of October, 2004.

BY: _____
ROBERT C. MIRTO

FILED

## UNITED STATES DISTRICT COURT 20 A 10: 44
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL<br>Plaintiffs | : CIVIL ACTION NO.: 3:03CV893JDS |
| VS. | : HON. DOMINIC SQUATRITO, JUDGE |
| ANTHONY PISKURA, ET AL<br>Defendants | : OCTOBER 19, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiffs have manually filed the following document:

    Motion for Extension of Deadlines

This document has not been filed electronically because:

[ X ]  the document cannot be converted to an electronic format
[   ]  the electronic file size of the document exceeds 1.5 megabytes
[   ]  the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]  Plaintiff/Defendant is excused from filing this document by Court order.

The document has been manually served on all parties.

Respectfully submitted,

_____
ROBERT C. MIRTO, #ct 00188
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone No.: (203)932-2225
Fax no.: (203)-934-4834
E-mail: bob@mkbd.com