**United States District Court**
**District of Connecticut**

| | | |
|---|---|---|
| NATIONAL DISTRIBUTING COMPANY, INC. | : | CIVIL ACTION NO. |
| | : | 3:04-mc-00339-RNC |
| VS | | |
| DIAGEO NORTH AMERICA, INC., et al. | : | NOVEMBER 17, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), non-party witness, Martin Wolinsky, moves for an extension of time of thirty (30) days to December 1, 2004 to file a memorandum of law in support of his "Objection to Defendant's Motion to Remit Discovery Motion to Court in which Underlying Litigation is Pending" dated November 17, 2004.

Wolinsky's objection is based on (1) the contention that this Court lacks jurisdiction to transfer a motion under F.R. Civ. P. 45 to another court, and (2) the unreasonableness of transferring pending motions arising out of Wolinsky's scheduled deposition to the United States District Court for the Middle District of Florida.

Despite due diligence by counsel, additional time is required to research these issues and prepare its memorandum of law.

This is the first motion for an extension of time to file this memorandum.

Counsel for the plaintiff, Nancy Flint, who filed the motion in issue, is objecting to this motion for extension of time.

MARTIN WOLINSKY

BY_____
Gerald S. Sack
Federal Bar #CT05279
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
(860)233-8251
His Attorney
gssack@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on this _____ day of November, 2004 to the following counsel of record:

Attorney Nancy J. Flint
Fla. Bar #0164623
Hunton & Williams, LLP
1111 Brickell Avenue, Suite 2500
Miami, FL  33131
305-810-2500

David Newman, Esquire
Smith, Gambrell & Russell, LLP
Suite 3100 Promenade II
1230 Peachtree Street
Atlanta, GA  30309
(p)404/815-3516
(fax) 404/685-6816

Paul R. Dehmel, Esquire
Kurt W. Hansson, Esquire
1-55 Washington Blvd.
Stamford, CT  06901

_____
Gerald S. Sack