FILED

2004 NOV 19 A 10: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL | : CIVIL ACTION NO.: 3:03CV893JDS |
| Plaintiffs | |
| VS. | |
| ANTHONY PISKURA, ET AL | |
| Defendants | : ,NOVEMBER 18, 2004 |

### SUBMISSION OF PLAINTIFFS' PORTION OF JOINT TRIAL MEMORANDUM

The Plaintiffs, in the above-referenced matter, pursuant to Local Rule 6 of the Federal Rules of Civil Procedure and the Standing Order regarding Trial Memoranda in Civil Cases incorporated in the Local Rules of Civil Procedure and modified, hereby submits their portion of the Joint Trial Memorandum. The Joint Trial Memorandum is not signed by both parties, but is submitted solely by the Plaintiffs for the following reasons:

1.  On November 16, 2004, Plaintiffs' counsel had a conversation with defense counsel's secretary who indicated that Mr. Fogerty was working on his portion of the Joint Trial Memorandum and that we would meet and attempt to agree on the unagreed matters and have it submitted jointly by Friday, November 19, 2004.

2.  On the morning of November 18, 2004, Attorney Fogerty called the undersigned and indicated that he was in Georgia on unexpected urgent business and

would not return in time to participate in or complete his portion of the Joint Trial Memorandum.

    3.    Attorney Fogerty indicated that he had no objection to the undersigned submitting the Plaintiffs' portion of the Joint Trial Memorandum and that he would finish his as soon as he was able.

    4.    Plaintiffs' counsel has no objection to defense counsel being given more time in order to complete the Memorandum.

    5.    Plaintiffs' counsel will be available at any reasonable time to confer with the Defendants' counsel upon his return so that the Joint Trial Memorandum can be completed by both parties.

    6.    The Plaintiffs' Joint Trial Memorandum has omitted Item (5) - <u>Further Proceedings</u>; Item 7 - <u>Trial by Magistrate Judge</u>; <u>Written Stipulation of Uncontroverted Facts and into an Agreed Statement of the Contested Issues of Facts of Law</u> under Item (10); and Item (11) - <u>Anticipated Evidentiary Problems</u>. Those items require agreement and consultation between the attorneys.

7.  The parties are still in active negotiations toward attempting to settle this matter.

THE PLAINTIFFS

BY: _____
ROBERT C. MIRTO (ct00188)
Mirto, Ketaineck & Dicrosta, P.C.
140 Captain Thomas Boulevard
P.O. Box 428
West Haven, CT 06516
Telephone #(203)932-2225


## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed postage pre-paid to Stephen P. Fogerty, Esq., Halloran & Sage, LLC, 315 Post Road West, Westport, Connecticut 06880 and Hon. Dominic J. Squatrito, U.S. District Court, 450 Main Street, Hartford, Connecticut 06103 on this 18th day of November, 2004.

BY: _____
ROBERT C. MIRTO