UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL. | : | CIVIL ACTION NO. |
| Plaintiffs, | : | 3:03CV893JDS |
| V. | : | |
| | : | |
| ANTHONY PISKURA, ET. AL. | : | |
| Defendants. | : | DECEMBER 3, 2004 |

### DEFENDANTS' SUBMISSION ON JOINT TRIAL MEMORANDUM

The defendants submit the following additions and requested revisions to the Joint Trial Memorandum submitted by the plaintiff on November 18, 2004.

**6.   NATURE OF CASE**

The defendants maintain that the "nature of the case" should be limited to a brief articulation of the claims set forth in the Amended Complaint of October 3, 2003 as such:  This is a claim by a carnival company, Country Amusements, Inc. and its stockholders Marie and Peter Piskura against two individuals, their son Anthony Piskura and their daughter-in-law Lisa Piskura.  They also assert claims against a carnival company known as Straight Arrow owned by Anthony Piskura.

The plaintiffs claim that Anthony and Lisa Piskura, while working for Country Amusements, Inc., breached their duties to the company causing financial damages to the company and to Marie and Peter Piskura.

**8.   LIST OF WITNESSES**

Anthony Piskura, 40 Dogwood Drive, Apt. 303, West Warwick, RI 02893

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

Anthony Piskura will testify that he agreed to manage Country Amusements, Inc. for the 2002 season and that he did so to the best of his abilities and pursuant to the direction and guidance of his parents, Marie and Peter Piskura.

It is expected that Anthony Piskura's testimony, including cross-examination will be one to two full days of trial.

<u>Lisa Piskura,</u> 40 Dogwood Drive, Apt. 303, West Warwick, RI 02893

Lisa Piskura will testify that she acted as the bookkeeper of Country Amusements, Inc. during the 2002 season and that she discharged her duties in a reasonable and appropriate manner at the direction of Anthony Piskura, Marie Piskura and Peter Piskura.

It is estimated that Lisa Piskura's testimony will consume one full day of trial testimony.

## 9. **EXHIBITS**

No. 500.    Settlement Memorandum concerning Danbury Police Athletic League Carnival in 2002.

No. 501.    Checks written to Gauvin Property by Fabricated Alloys in 2002.

No. 502.    Checks written to Utility companies from Fabricated Alloys in 2002.

No. 503.    The financial records of Country Amusements, Inc. for the carnival seasons 2000 and 2001.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

**10.    TRIAL TO JURY**

**Voir Dire**

1. Have any of you been a party to a law suit? If so briefly describe same.

2. Do any of you have any significant accounting or financial background either through education or job experience?

3. Have any of you been involved in family businesses or are you at the present time involved in any family businesses?

THE DEFENDANTS
ANTHONY PISKURA AND LISA PISKURA

By_____
STEPHEN P. FOGERTY of
HALLORAN & SAGE LLP
Fed. Bar #ct01398
315 Post Road West
Westport, CT 06880
(203) 227-2855

## **CERTIFICATION**

       This is to certify that on this 3rd day of December, 2004, I hereby mailed a copy of the foregoing to:

Robert C. Mirto
Mirto, Ketaineck, Barrett & Dicrosta, P.C.
PO Box 428
140 Captain Thomas Blvd
West Haven, CT 06516-0428

 

                                                                      STEPHEN P. FOGERTY

624177

4

| 315 Post Road West |  HALLORAN & SAGE LLP | Phone (203) 227-2855 |
|---|---|---|
| Westport, CT 06880 | | Fax (203) 227-6992 |
| | | Juris No. 412195 |