UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COUNTRY AMUSEMENTS, INC.,
ET AL
    Plaintiffs              :

v.                         : CIVIL NO.: 3:03cv893(DJS)

ANTHONY PISKURA, ET AL    :
    Defendants

FILED 2005 JAN -4 P 3: 33 U.S. DISTRICT COURT HARTFORD, CT.

### ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable _Stefan R. Underhill_, United States District Judge, who sits in _Bridgeport_, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in _Bridgeport_ and bear the docket number **3:03cv893(_SRU_)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this __4th__ day of January, 2005.

Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)