# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Cashry Amusements, Inc. Et Al.
Plaintiffs,

v.

Anthony Pishva, Et Al
Defendants.

APPEARANCE

FILED
2005 MAY -6  A 11: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

CASE NUMBER: 3:03cv893 (SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

_____5/6/05_____
Date

_____ct23322_____
Connecticut Federal Bar Number

_____203-934-7050____
Telephone Number

_____203-934-7053____
Fax Number

__attorneyrasile@juno.com__
E-mail address

_____
Signature

____Steven B. Rasile____
Print Clearly or Type Name

____98 Elm Street____
Address

__West Haven, CT 06516__

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

hand-delivered 5/6/05

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24