UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COUNTRY AMUSEMENTS, INC.

        v                    3:03cv893 (SRU)

ANTHONY PISKURA
LISA PISKURA
STR8 ARROW ENT, LLC

## JUDGMENT

This matter came on for a jury trial before the Honorable Stefan R. Underhill, United States District Judge. On May 23, 2004 the court dismissed the case with prejudice and without costs or attorney's fees pursuant to the terms of the settlement agreement in open court and on the record.

Therefore it is ORDERED and ADJUDGED that this action is dismissed without costs to any party and with prejudice.

Dated at Bridgeport, Connecticut this 23rd day of May 2005.

                                                      KEVIN F. ROWE, Clerk

                                                      By /s/ Alice Montz
                                                      Deputy Clerk

Entered on docket     _____