

FILED

2007 APR 10 P 1:41

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COUNTRY AMUSEMENTS, INC., ET AL. | : | CIVIL ACTION NO. 3:03 CV 893 (DJS) |
| V. | : | |
| ANTHONY PISKURA, ET AL. | : | APRIL 9, 2007 |

## DEMAND FOR ARBITRATION

The parties to this action entered into a Settlement Agreement on May 23, 2005. The Agreement was read onto the official court record on that date.

Pursuant to the Settlement Agreement, the parties had mutual obligations by and between themselves, including the payment of certain state and federal taxes and the exchange of certain property.

Despite the best efforts of Anthony and Lisa Piskura, they have not received the cooperation of Country Amusements, Inc., Marie Piskura and Peter Piskura to finalize the settlement.

The parties agreed that in the event any dispute arose concerning the Settlement Agreement, it would be resolved through arbitration by Attorney William Gallagher of New Haven.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

Anthony and Lisa Piskura hereby demand that Attorney Gallagher convene an arbitration to resolve the outstanding disputes concerning the Settlement Agreement.

DEFENDANTS
ANTHONY PISKURA, LISA PISKURA,
STR8 ARROW ENTERPRISES, LLC

By _____
Stephen P. Fogerty (ct01398)
HALLORAN & SAGE LLP
315 Post Road West
Westport, CT 06880
(203) 227-2855

315 Post Road West
Westport, CT 06880

2
HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

## CERTIFICATION

    This is to certify that on this _9th_ day of April, 2007, I hereby mailed a copy of the foregoing to:

Robert C. Mirto, Esq.
Mirto, Ketaineck, Barrett & DiCrosta, P.C.
P.O. Box 428
West Haven, CT  06516

William F. Gallagher, Esq.
The Gallagher Law Firm
1377 Ella Grasso Blvd
New Haven, CT  06509

                                        _____
                                        Stephen P. Fogerty

975880v.1
315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195